**In re: FILM FABRICATORS, INC., Debtor.**

**S. Gregory Hays, Chapter 11 Trustee and Liquidating Agent for Film Fabricators, Inc., Plaintiff–Appellee,**

v.

**TSG Ventures, Inc., Opportunity Capital Corporation, Opportunity Capital Partners II, L.P., Opportunity Capital Partners III, L.P., Defendants–Appellants.**

**No. 05–17247.**

United States Court of Appeals, Eleventh Circuit.

Feb. 6, 2007.

Gregory F. Harley, Erich N. Durlacher, Burr & Forman LLP, Atlanta, GA, for Defendants–Appellants.

---

William Dale Matthews, J. Michael Lamberth, Lamberth, Cifelli, Stokes & Stout, P.A., Atlanta, GA, for Plaintiff–Appellee.

Before CARNES, PRYOR and FARRIS,* Circuit Judges.

PER CURIAM:

Having read the briefs, considered the pertinent parts of the record, and heard oral argument, we affirm the district court's order, dated November 28, 2005, which reversed the bankruptcy court, and we do so for exactly those reasons stated in the district court's findings of fact and conclusions of law of November 25, 2005.

AFFIRMED.